**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **MICHAEL SIEMIEN** | : | **BK. No. 18-17161-jkf** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **LSF10 MASTER PARTICIPATION TRUST** | : | |
| **Movant** | : | |
| **v.** | : | |
| **MICHAEL SIEMIEN** | : | |
| **DONNA PRENDERGAST (NON-FILING CO-** | : | **11 U.S.C. §362 AND §1301** |
| **DEBTOR)** | : | |
| **Respondents** | : | |

**MOTION OF LSF10 MASTER PARTICIPATION TRUST FOR RELIEF FROM**
**AUTOMATIC STAY UNDER §362 AND CO-DEBTOR STAY UNDER §1301 PURSUANT**
**TO BANKRUPTCY PROCEDURE RULE 4001**

Movant, by its attorneys, PHELAN HALLINAN DIAMOND & JONES, LLP, hereby

requests a termination of Automatic Stay and Co-Debtor Stay and leave to foreclose on its mortgage

on real property owned by DEBTOR, MICHAEL SIEMIEN AND NON-FILING CO-DEBTOR,

DONNA PRENDERGAST.

1.      Movant is **LSF10 MASTER PARTICIPATION TRUST.**

2.      DEBTOR, MICHAEL SIEMIEN AND NON-FILING CO-DEBTOR,

DONNA PRENDERGAST, are the owners of the premises located at **4523 MARPLE STREET,**

**PHILADELPHIA, PA 19136**, hereinafter known as the mortgaged premises.

3.      Movant is the holder of a mortgage on the mortgaged premises.

4.      Debtor's failure to tender monthly payments in a manner consistent with the

terms of the Mortgage and Note result in a lack of adequate protection.

5.      Movant instituted foreclosure proceedings on the mortgage because of Debtor's

failure to make the monthly payment required hereunder.

6.      The foreclosure proceedings instituted were stayed by the filing of the instant

Chapter 13 Petition.

7.      As of January 8, 2019, Debtor has failed to tender post-petition mortgage

payments for the months of November 2018 through January 2019.  The monthly payment amount for

the months of November 2018 through January 2019 is $1,018.14 each, for a total amount due of $3,054.42. The next payment is due on or before February 1, 2019 in the amount of $1,018.14. Under the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to Movant.

8.　　　Movant, **LSF10 MASTER PARTICIPATION TRUST,** requests the Court award reimbursement in the amount of $1,031.00 for the legal fees and costs associated with this Motion.

9.　　　Movant additionally seeks relief from the Co-Debtor Stay under §1301(c) (if applicable) in the instant case, as the continuation of the co-debtor stay causes irreparable harm to the Movant. Movant may be barred from moving forward with its state court rights under the terms of the mortgage without relief from the Co-Debtor Stay.

10.　　　Movant has cause to have the Automatic Stay and Co-Debtor Stay terminated as to permit Movant to complete foreclosure on its mortgage.

11.　　　Movant specifically requests permission from the Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

12.　　　Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a.　　　Modifying the Automatic Stay under Section 362 and Co-Debtor Stay under Section 1301 with respect to **4523 MARPLE STREET, PHILADELPHIA, PA 19136** (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b.　　　That relief from any Co-Debtor Stay (if applicable) is hereby granted; and

c.　　　Movant specifically requests permission from this Honorable Court to

communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable

nonbankruptcy law; and

d.        Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

e.        Granting any other relief that this Court deems equitable and just.

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
January 22, 2019                                    Email: mario.hanyon@phelanhallinan.com